IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:12-CR-99-FL-I

UNITED STATES OF AMERICA

v.  ORDER

MARIO CARMON,

           Defendant

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 33 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 1st day of May, 2013.

_____
Louise W. Flanagan
Honorable United States District Judge